# United States Court of Appeals for the Fifth Circuit

No. 24-51005
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 20, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARVIN JOSUE HERNANDEZ-LOPEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-452-1

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Marvin Josue Hernandez-Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Lopez has not filed a

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-51005

response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.

It is dispositive that the Government has declined to waive the untimeliness of the appeal. *See United States v. Pesina–Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Accordingly, without prejudice to a future 28 U.S.C. § 2255 motion that Hernandez-Lopez may file, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.